## United States District Court — Violation Notice

CVB Location Code: **EV-7**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4536959 | M. APETI | 2685 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 02/02/2015  1:24 PM | 46.2-613 |

Place of Offense: 3085 RUSSELL RD GATE-4 MCB QUANTICO VA 22134

Offense Description: Factual Basis for Charge: OPERATING VEHICLE WITH EXPIRED LICENSE PLATES (12/31/14)

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| JONES | LANCE | C |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| WVG1119 | VA | 12 | CHEVI CRUZ | | BLK |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$65.00 Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT → $90.00 Total Collateral Due**

**YOUR COURT DATE**

Court Address: UNITED STATES DISTRICT COURT, 401 COURTHOUSE SQUARE, ALEXANDRIA, VA 22314 (703) 299-2100

Date: 04/13/2015  Time: 09:00 AM

X Defendant Signature: [signed]

(Rev. 01/2011) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 02 FEBRUARY, 2015 while exercising my duties as a law enforcement officer in the EASTERN District of VIRGINIA

SEE ATATCHMENT

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/02/2015  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident